```
KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:  (415) 436-7210
    Fax:  (415) 436-7234
    Email:  robert.rees@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 0465 JSW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING SENTENCING** |
| LIWEI TAN KUO, ) | **DATE** |
|     a/k/a Grace Tan, ) | |
|     a/k/a Li Wei Tan, ) | |
|     a/k/a Tan Kuo Liwei, ) | |
|     a/k/a Grace Kuo, ) | |
|     a/k/a Li Wei Kuo, ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate that sentencing in this matter be continued from Thursday, July 20, 2006 at 2:30PM to Thursday, August 24, 2006 at 2:30PM. The reasons for the stipulation for the continuance request are as follows:

The defendant failed to appear for her original sentencing date, whereupon the Court issued a bench warrant for her arrest. The defendant was arrested in the Central District of California and is now in federal custody pending her transfer to this District. Conversations between the defense and the United States Marshals indicate that there is a fair probability that the defendant's transfer will not be complete, and that she cannot be produced, by the currently

Stipulation and Order Continuing Sentencing Date, CR 05 0465 JSW

scheduled sentencing date of July 20, 2006.

For these reasons, the parties agree that the sentencing of the defendant before her appearance can be assured would not be efficient. The parties agree that continuing the defendant's sentencing date until her appearance can be assured is the best approach for the efficient administration of justice in this matter.

**IT IS SO STIPULATED**.

DATED:    July 18, 2006                KEVIN V. RYAN
                                       United States Attorney


                                       _____/s_____
                                       ROBERT DAVID REES
                                       Assistant U.S. Attorney


DATED:    July 18, 2006                _____/s_____
                                       RICHARD BITTERS, ESQ.
                                       Attorney for Defendant


**IT IS SO ORDERED.**

DATED:  July 19, 2006                  _____
                                       HON. JEFFREY S. WHITE
                                       United States District Judge

Stipulation and Order Continuing Sentencing Date, CR 05 0465 JSW