JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

DOUGLAS K. CHANG (SBN HI2922)
STEPHEN L. JOHNSON (SBN 145771)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7161
    Facsimile: (415) 436-7169
    stephen.johnson1@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-05-465-06 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PETITION FOR REMISSION |
| LIWEI TAN KUO, | |
| Defendant. | |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $5,100.00, accrued interest in the amount of $852.71, and penalties in the amount of $.00 are hereby remitted.

Dated: February 12, 2010

                                        JEFFREY S. WHITE
                                        United States District Judge